UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TENNESSEE LIVESTOCK PRODUCERS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 1:23-cv-00034 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tennessee Livestock Producers, Inc., and Defendant American General Life Insurance Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submit their joint stipulation of dismissal of this action, with prejudice, with each part to bear its own fees and costs.

Dated: April 4, 2024

Respectfully submitted,

By: s/ *Kelley Strange Shelton*
Kelley Strange Shelton (#33568)
PO BOX 998
Columbia, TN 38403-0998
Telephone: (931) 388-7872 Ext. 2287
Kelley.Shelton@fbitn.com

By: s/ *Joshua D. Jones*
Joshua D. Jones (#033159)
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719-0400
jdjones@bressler.com

*Attorneys for Plaintiff Tennessee Livestock Producers, Inc.*

*Attorney for Defendant American General Life Insurance Company*